Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  25−13483−MEH
                Chapter:  13
                Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A Diertl
   9 Mark Place
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−5833

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 25, 2025.

Dated: June 25, 2025
JAN: mjb

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 25-13483-MEH
Lisa A Diertl                                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 2
Date Rcvd: Jun 25, 2025                     Form ID: plncf13                     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A Diertl, 9 Mark Place, Jackson, NJ 08527-1112 |
| 520609033 | + | Caruso & Baxter PA, Madison Place Bldg., 112 Broad St. - Hwy. 35, Shrewsbury, NJ 07701-1915 |
| 520609037 | + | Jackson Twp MUA, 135 Manhattan St., Jackson, NJ 08527-2599 |
| 520609042 | + | New Jersey Law Public Safety, 225 East State Street, Trenton, NJ 08608-1800 |
| 520609043 | | Pro Cap 8 FBO FirstTrust Bank, PO Box 774, Fort Washington, PA 19034-0774 |
| 520609044 | + | Robert W. Diertl, 15 Pepperidge Court, Jackson, NJ 08527-1167 |
| 520609045 | | Select Portfolio Servicing, Inc, Its Successors and/or Assigns, PO Box 7277, Springfield, OH 45501-7277 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520609032 | + | Email/Text: bankruptcy@credencerm.com | Jun 25 2025 21:14:00 | AT&T, Credence Resource Management LLC, 17000 Dallas Parkway - Ste. 260, Dallas, TX 75248-1938 |
| 520609031 | ^ | MEBN | Jun 25 2025 21:04:25 | Allied Collection Service, 9301 Oakdale Ave, Suite 205, Chatsworth, CA 91311-6547 |
| 520609034 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2025 21:13:00 | Comenity Bank/Ann Taylor, PO Box 659705, San Antonio, TX 78265-9705 |
| 520609035 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2025 21:13:00 | Comenity Bank/Talbots, PO Box 182789, Columbus, OH 43218-2789 |
| 520609036 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 21:19:41 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520682787 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2025 21:14:00 | Federal Home Loan Mortgage Corporation at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520676235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2025 21:14:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520609038 | ^ | MEBN | Jun 25 2025 21:01:57 | KML Law Group PC, 701 Market Street - Ste. 5000, Philadelphia, PA 19106-1541 |
| 520609039 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:23 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 520614600 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520609041 | + | Email/Text: bankruptcy@moneylion.com | Jun 25 2025 21:14:00 | Moneylion Inc, PO Box 1547, Sandy, UT 84091-1547 |
| 520679225 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:23 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520634244 | | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2025 21:14:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520667424 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 25 2025 21:18:33 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520669295 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 25 2025 21:19:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520609046 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 25 2025 21:18:33 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520609040 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 520612462 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Debtor Lisa A Diertl vf@legalmattersnj.com |

TOTAL: 4