| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650<br>609-587-6888<br>(609) 587-6888 | |
| In re:<br><br>Lisa A Diertl<br><br><br><br>Debtor(s) | Case No.: 25-13483 / MEH<br><br>Judge: Mark Edward Hall<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Debbie Smith, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 9/22/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  9/22/2025                                                                                          /s/ *Debbie Smith*
                                                                                                                          Debbie Smith

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lisa A Diertl<br>9 Mark Place<br>Jackson, NJ   08527 | Debtor(s) | Regular Mail |
| Vera Fedoroff, Esq.<br>Fedoroff Firm, LLC<br>504 Aldrich Rd., Suite 2E<br>Howell, NJ   07731 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |