**COLLINS, VELLA & CASELLO, L.L.C.**
2430 Highway 34, Suite B12
Manasquan, New Jersey 08736
(732) 751-1766
Attorneys for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : |
| Lisa A. Diertl | : Chapter 13 Case No. 25-13483-MEH |
| Debtor | : NOTICE OF APPEARANCE AND |
| | : REQUEST FOR NOTICES |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Lisa A. Diertl appears herein through the undersigned attorneys pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices (including those required by Bankruptcy Rule 2002) in this case or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

Joseph M. Casello, Esq.
Collins, Vella & Casello, L.L.C.
2430 Highway 34, Suite B12
Manasquan, New Jersey 08736
(732) 751-1766
Telefax: (732) 751-1866
jcasello@cvclaw.net

PLEASE TAKE FURTHER NOTICE that Lisa A. Diertl does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments they expressly reserve.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Rule 7004 of the Federal Rules of Bankruptcy Procedure, nor shall it result in undersigned counsel being deemed to be the agent of Lisa A. Diertl for such purpose.

COLLINS, VELLA & CASELLO, LLC
Attorneys for the Debtors

Dated: September 30, 2025

By: /s/ Joseph M. Casello
Joseph M. Casello