Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13483−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A Diertl
   9 Mark Place
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−5833

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 25, 2025.

   On October 1, 2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Mark Edward Hall on:

Date:            November 12, 2025
Time:             10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 2, 2025
JAN: mmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lisa A Diertl  
    Debtor

Case No. 25-13483-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 02, 2025      Form ID: 185      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A Diertl, 9 Mark Place, Jackson, NJ 08527-1112 |
| 520609033 | + | Caruso & Baxter PA, Madison Place Bldg., 112 Broad St. - Hwy. 35, Shrewsbury, NJ 07701-1915 |
| 520609037 | + | Jackson Twp MUA, 135 Manhattan St., Jackson, NJ 08527-2599 |
| 520609042 | + | New Jersey Law Public Safety, 225 East State Street, Trenton, NJ 08608-1800 |
| 520609043 | | Pro Cap 8 FBO FirstTrust Bank, PO Box 774, Fort Washington, PA 19034-0774 |
| 520609044 | + | Robert W. Diertl, 15 Pepperidge Court, Jackson, NJ 08527-1167 |
| 520609045 | | Select Portfolio Servicing, Inc, Its Successors and/or Assigns, PO Box 7277, Springfield, OH 45501-7277 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520609032 | + | Email/Text: bankruptcy@credencerm.com | Oct 02 2025 21:04:00 | AT&T, Credence Resource Management LLC, 17000 Dallas Parkway - Ste. 260, Dallas, TX 75248-1930 |
| 520609031 | ^ | MEBN | Oct 02 2025 20:49:25 | Allied Collection Service, 9301 Oakdale Ave, Suite 205, Chatsworth, CA 91311-6547 |
| 520609034 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2025 21:04:00 | Comenity Bank/Ann Taylor, PO Box 659705, San Antonio, TX 78265-9705 |
| 520609035 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2025 21:04:00 | Comenity Bank/Talbots, PO Box 182789, Columbus, OH 43218-2789 |
| 520609036 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2025 21:17:25 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520682787 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 02 2025 21:20:00 | Federal Home Loan Mortgage Corporation at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520676235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 02 2025 21:04:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520609038 | ^ | MEBN | Oct 02 2025 20:52:08 | KML Law Group PC, 701 Market Street - Ste. 5000, Philadelphia, PA 19106-1541 |
| 520609039 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 21:33:05 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 520614600 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 21:34:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: 185 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520609041 | + | Email/Text: bankruptcy@moneylion.com | Oct 02 2025 21:04:00 | Moneylion Inc, PO Box 1547, Sandy, UT 84091-1547 |
| 520748015 | + | Email/Text: BankruptcyNotices@njresources.com | Oct 02 2025 21:03:00 | New Jersey Natural Gas Company, 1415 Wyckoff Road, Wall, NJ 07727-3940 |
| 520679225 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 21:17:47 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520634244 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2025 21:04:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520667424 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2025 21:17:45 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520669295 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 03 2025 01:25:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520609046 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 03 2025 01:35:51 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520609040 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 520612462 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Casello | on behalf of Debtor Lisa A Diertl jcasello@cvclaw.net jcasello627@gmail.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 02, 2025 | Form ID: 185 | Total Noticed: 26

        USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
        on behalf of Debtor Lisa A Diertl vf@legalmattersnj.com

TOTAL: 5