Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                        Case No.:  25−13483−MEH
                                        Chapter:  13
                                        Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A Diertl
   9 Mark Place
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−5833

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 13, 2025.

Dated: November 13, 2025
JAN: mjb

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-13483-MEH |
| Lisa A Diertl | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 13, 2025 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A Diertl, 9 Mark Place, Jackson, NJ 08527-1112 |
| 520609037 | + | Jackson Twp MUA, 135 Manhattan St., Jackson, NJ 08527-2599 |
| 520609042 | + | New Jersey Law Public Safety, 225 East State Street, Trenton, NJ 08608-1800 |
| 520609043 | | Pro Cap 8 FBO FirstTrust Bank, PO Box 774, Fort Washington, PA 19034-0774 |
| 520609044 | + | Robert W. Diertl, 15 Pepperidge Court, Jackson, NJ 08527-1167 |
| 520609045 | | Select Portfolio Servicing, Inc, Its Successors and/or Assigns, PO Box 7277, Springfield, OH 45501-7277 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520609032 | + | Email/Text: bankruptcy@credencerm.com | Nov 13 2025 21:04:00 | AT&T, Credence Resource Management LLC, 17000 Dallas Parkway - Ste. 260, Dallas, TX 75248-1930 |
| 520609031 | ^ | MEBN | Nov 13 2025 20:58:18 | Allied Collection Service, 9301 Oakdale Ave, Suite 205, Chatsworth, CA 91311-6547 |
| 520609033 | + | Email/Text: gbaxterlaw@verizon.net | Nov 13 2025 21:04:00 | Caruso & Baxter PA, 1129 Broad Street, Shrewsbury, NJ 07702-4333 |
| 520609034 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2025 21:03:00 | Comenity Bank/Ann Taylor, PO Box 659705, San Antonio, TX 78265-9705 |
| 520609035 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2025 21:03:00 | Comenity Bank/Talbots, PO Box 182789, Columbus, OH 43218-2789 |
| 520609036 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2025 21:13:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520682787 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 13 2025 21:04:00 | Federal Home Loan Mortgage Corporation at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520676235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 13 2025 21:04:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520609038 | ^ | MEBN | Nov 13 2025 20:56:44 | KML Law Group PC, 701 Market Street - Ste. 5000, Philadelphia, PA 19106-1541 |
| 520609039 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:12:43 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 520614600 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 13 2025 21:12:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520609041 | + | Email/Text: bankruptcy@moneylion.com | Nov 13 2025 21:04:00 | Moneylion Inc, PO Box 1547, Sandy, UT 84091-1547 |
| 520748015 | + | Email/Text: BankruptcyNotices@njresources.com | Nov 13 2025 21:03:00 | New Jersey Natural Gas Company, 1415 Wyckoff Road, Wall, NJ 07727-3940 |
| 520679225 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:24:00 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520634244 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2025 21:03:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520667424 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 21:24:50 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520669295 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 13 2025 21:13:45 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520609046 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 13 2025 21:12:33 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520609040 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 520612462 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Casello | on behalf of Debtor Lisa A Diertl jcasello@cvclaw.net  jcasello627@gmail.com |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Nov 13, 2025     Form ID: plncf13     Total Noticed: 26

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
    on behalf of Debtor Lisa A Diertl vf@legalmattersnj.com

TOTAL: 5