Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−13483−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lisa A Diertl
    9 Mark Place
    Jackson, NJ 08527

Social Security No.:
    xxx−xx−5833

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/18/26 at 09:00 AM

to consider and act upon the following:

**45** − Certification of Default of Standing Trustee.. Filed by Albert Russo. Objection deadline is 3/10/2026. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/3/26

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court