UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton,  NJ    08650

609-587-6888

(609) 587-6888

In re:

Lisa A Diertl

Debtor(s)

Case No.: 25-13483 / EJO

Judge: Eamonn J. O'Hagan

Chapter: 13

## CERTIFICATION OF SERVICE

1.  I, Anita Travea, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2.  On 7/22/2026, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3.  I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  7/22/2026

/s/  *Anita Travea*

Anita Travea

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| Lisa A Diertl<br>9 Mark Place<br>Jackson, NJ   08527 | Debtor(s) | Regular Mail |
| Joseph Casello, Esq.<br>Collins, Vella & Casello<br>2430 Highway 34, Bldg. B, Suite 101<br>Manasquan,  NJ   08736 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |