UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re: | Case No.: _____ |
| | Judge: _____ |
| | Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.     ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3.        This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.        I certify under penalty of perjury that the above is true.

Date: _____          _____
                                                    Debtor's Signature

Date: _____          _____
                                                    Debtor's Signature

**NOTES:**

1.        Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.        Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



## ⇄ Upcoming Transactions

### ⚠ Please Note

- It looks like you have a payment scheduled for a weekend or bank holiday. Payments from your bank account scheduled for those days will start on the next business day.

| Date | Payee | Type | Amount | Tech Fee | Total | |
|---|---|---|---|---|---|---|
| 🕐 August 01, 2026 | Albert Russo | Manual Debtor Payment | $4,936.00 | $7.99 | $4,943.99 | 🚫 Cancel |