Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−13483−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A Diertl
   9 Mark Place
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−5833

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/12/26 at 09:00 AM

to consider and act upon the following:

*54* − Certification of Default of Standing Trustee.. Filed by Albert Russo. Objection deadline is 8/5/2026.
(Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/31/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court