Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−13483−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa A Diertl
   9 Mark Place
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−5833

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/12/26 at 09:00 AM

to consider and act upon the following:

*54 −* Certification of Default of Standing Trustee.. Filed by Albert Russo. Objection deadline is 8/5/2026.
(Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/31/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-13483-EJO

Lisa A Diertl                                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                          Page 1 of 2

Date Rcvd: Jul 31, 2026                          Form ID: ntchrgbk                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

**Recip ID              Recipient Name and Address**
db                +    Lisa A Diertl, 9 Mark Place, Jackson, NJ 08527-1112

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Albert Russo
                            docs@russotrustee.com

Cory Francis Woerner
                            on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com

Joseph Casello
                            on behalf of Debtor Lisa A Diertl jcasello@cvclaw.net  jcasello627@gmail.com

Matthew K. Fissel
                            on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest
                            Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
                            on behalf of Debtor Lisa A Diertl vf@legalmattersnj.com

District/off: 0312-3                                    User: admin                                            Page 2 of 2

Date Rcvd: Jul 31, 2026                                 Form ID: ntchrgbk                                      Total Noticed: 1

TOTAL: 6