UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLLINS, VELLA & CASELLO, LLC
2430 Highway 34, Suite B12
Manasquan, NJ 08736
(732)751-1766
Joseph M. Casello, Esquire
Attorney for Debtor

In Re:

Lisa Diertl

Case No.: 25-13483

Chapter: 13

Adv. No.: ____________________

Hearing Date: ____________________

Judge: O'Hagan

## CERTIFICATION OF SERVICE

1. I, Joseph M. Caseloo :

☒ represent Lisa Diertl in this matter.

☐ am the secretary/paralegal for ______________________________, who represents ______________________________ in this matter.

☐ am the ________________________ in this case and am representing myself.

2. On August 28, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Application for Entry of a Consent Order Allowing Late Filed Claim and proposed Consent Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/28/26

/s/ Joseph M. Casello
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cory Woerner, Esquire<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, #202<br>Fairfield, NJ 07004 | Attorney for the Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*