Order Filed on September 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

COLLINS, VELLA & CASELLO, L.L.C.
2430 Highway 34, B12
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

In re:

Lisa Diertl

Debtor

Chapter 13 Case No.: 25-13483

Judge: Hon. Eamonn O'Hagan, U.S.B.J.

## CONSENT ORDER ALLOWING LATE FILED PROOF OF CLAIM

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 4, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Debtor: Lisa Diertl
Case No. 25-13483
Caption: Consent Order Allowing Late Filed Proof of Claim

---

This Matter having been opened to the Court upon the filing of an Application to Enter a Consent Order by Collins, Vella & Casello, LLC Counsel for James Caruso and the Court having reviewed the Application in support thereof and for good cause shown it is ORDERED:

1. George S. Hassler Funeral Home's late filed unsecured claim in the amount of $3,550 shall be deemed allowed and be paid through the Debtor's Chapter 13 Plan.

We hereby consent to the entry of this order.

GEORGE S. HASSLER FUNERAL HOME
Creditor

By:____________________
Brian Hassler

COLLINS, VELLA & CASELLO, LLC
Attorneys for Lisa Diertl

By:____________________
Joseph M. Casello, Esq.

No Objection:

ALBERT RUSSO, STANDING CHAPTER 13 TRUSTEE

By:____________________
Albert Russo, Esq.
David Martin, Attorney for Ch. 13 Trustee