Order Filed on September 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

COLLINS, VELLA & CASELLO, L.L.C.
2430 Highway 34, B12
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

In re:

Lisa Diertl

Debtor

Chapter 13 Case No.: 25-13483

Judge: Hon. Eamonn O'Hagan, U.S.B.J.

**CONSENT ORDER ALLOWING LATE FILED PROOF OF CLAIM**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 4, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Debtor: Lisa Diertl
Case No. 25-13483
Caption: Consent Order Allowing Late Filed Proof of Claim

---

This Matter having been opened to the Court upon the filing of an Application to Enter a Consent Order by Collins, Vella & Casello, LLC Counsel for James Caruso and the Court having reviewed the Application in support thereof and for good cause shown it is ORDERED:

1. George S. Hassler Funeral Home's late filed unsecured claim in the amount of $3,550 shall be deemed allowed and be paid through the Debtor's Chapter 13 Plan.

We hereby consent to the entry of this order.

GEORGE S. HASSLER FUNERAL HOME
Creditor

By:____________________
Brian Hassler

COLLINS, VELLA & CASELLO, LLC
Attorneys for Lisa Diertl

By:____________________
Joseph M. Casello, Esq.

No Objection:

ALBERT RUSSO, STANDING CHAPTER 13 TRUSTEE

By:____________________
Albert Russo, Esq.
David Martin, Attorney for Ch. 13 Trustee

United States Bankruptcy Court
District of New Jersey

In re:
Lisa A Diertl
Debtor

Case No. 25-13483-EJO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 04, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Lisa A Diertl, 9 Mark Place, Jackson, NJ 08527-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com |
| Joseph Casello | on behalf of Debtor Lisa A Diertl jcasello@cvclaw.net jcasello627@gmail.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | |

on behalf of Debtor Lisa A Diertl vf@legalmattersnj.com

TOTAL: 6